# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AMIR DAVIS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:23-cv-1208-LCB-GMB |
| **PHYLLIS MORGAN,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report on February 19, 2025, recommending that the court treat the defendants' special report as a motion for summary judgment and also that the court grant the motion. (Doc. 34). Although the court advised the parties of their right to file specific written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the defendants' motion for summary judgment is due to be **GRANTED**. A final judgment will be entered.

**DONE** and **ORDERED** this April 1, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE